IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NAJAE JORDAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.   4:21-CV-1242 HEA |
| ) | |
| WESLEY BELL, et al. ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| NAJAE JORDAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.   4:24-CV-844 HEA |
| ) | |
| JASON LEE GROVES, et al. ) | |
| ) | |
| Defendants. ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs Najae Jordan and Deja Holland's Motion to Consolidate *Jordan, et al. v. Bell, e al.,* 4:21-CV-1242 HEA, with *Jordan, et al. v. Groves, et al.,* 4:24-CV-844 PLC. (ECF No. 55). Defendants Village of Riverview, City of Bellefontaine Neighbors, and Michael Pedroli oppose the motion, which is briefed and ripe for review.

Rule 42(a) of the Federal Rules of Civil Procedure governs consolidation of cases and provides: "[i]f actions before the court involve common questions of law

or fact, the court may (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a).  A district court has broad discretion in determining whether to order consolidation.  *Enter. Bank v. Saettele*, 21 F.3d 233, 235 (8th Cir. 1994). While the threshold issue is whether the proceedings involve common issues of fact or law, the Eight Circuit Court of Appeals has instructed that the purpose of consolidation is to promote convenience and economy in the administration of actions. *Id.*

After careful review of the parties' briefs and the record from the two cases, the Court finds that consolidation is appropriate. In *Jordan, et al. v. Bell, e al.,* 4:21-CV-1242 HEA, Plaintiffs Jordan and Holland filed suit against Defendants Wesley Bell, Village of Riverview, Jason Groves, Michael Pedroli, City of Bellefontaine Neighbors, Jeffrey Lakebrink, and Christopher Graville alleging claims, pursuant to 42 U.S.C. § 1983, for violations of their civil rights.  Plaintiffs' claims are based on their arrests and a search that occurred in 2016, as well as the court proceedings that followed.  On September 15, 2022, the Court dismissed with prejudice Defendants Bell and Graville for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  On January 1, 2024, the Court dismissed without prejudice Defendants Groves and Lakebrink for Plaintiffs' failure to obtain timely and proper service.

On June 18, 2024, Plaintiffs Jordan and Holland filed suit against Defendants Groves and Lakebrink alleging essentially the same claims that they alleged against the two defendants in *Jordan, et al. v. Bell, e al.,* 4:21-CV-1242 HEA.  This case was given case number 4:24-CV-844 PLC and assigned to the Honorable Patricia L. Cohen. Plaintiffs indicated on the Original Filing Form that the case was the same or substantially similar to 4:21-CV-1242 HEA.

In opposing consolidation, Defendants do not dispute that there are common issues of law and fact, but rather they argue consolidation would add unnecessary confusion and would require the parties to go through yet another round of motions.[1] The Court does not agree and finds that consolidation is warranted to promote judicial efficiency.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs Najae Jordan and Deja Holland's Motion to Consolidate is **GRANTED**.  *Jordan, et al. v. Bell, e al.,* 4:21-CV-1242 HEA is consolidated with *Jordan, et al. v. Groves, et al.,* 4:24-CV-844 PLC pursuant to Fed. R. Civ. P. 42(a).   [ECF No. 55]

---

[1] Pending in 4:24-CV-844 PLC is Defendants Grove and Lakebrink's Rule 12(b)(6) Motion to Dismiss for failure to state a claim.   The two Defendants argue that Plaintiffs' claims against them are barred by the applicable statute of limitations.   The motion is briefed and ripe for review.

3

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket and file a copy of this Opinion, Memorandum and Order in *Jordan, et al. v. Groves, et al.,* 4:24-CV-844 PLC.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close Case No. 4:24-CV-844 PLC, and all future filings concerning either case shall be filed in Consolidated Case No. 4:21-CV-1242 HEA, with the consolidated case caption as set forth above.

Dated this 2nd day of October, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE